```
Court Name: District of South Dakota
Division: 4
Receipt Number: SDX400047910
Cashier ID: jstevens
Transaction Date: 09/05/2018
Payer Name: Randy Luskey
-----------------------------------
CRIMINAL DEBT
 For: 4:18-CR-40100
 Case/Party: D-SDX-4-18-CR-040100-001
 Amount:          $1,084,418.60
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 313824134
 Amt Tendered:  $1,084,418.60
-----------------------------------
Total Due:      $1,084,418.60
Total Tendered: $1,084,418.60
Change Amt:     $0.00
```